UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GENESIS ALTERNATIVE FINANCE IV LLC,**

    Plaintiff,

v.

Case No: 21-11351
Hon. Sean F. Cox

**SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC**
**D/B/A INSIGHT SURGICAL HOSPITAL,**
**ALLIANCE ANESTHESIA PLLC,**
**MICHIGAN SURGICAL HOSPITAL, AND**
**JAWAD A. SHAH, M.D., P.C.**

    Defendants.

---

KASSEM DAKHLALLAH (P70842)
**HAMMOUD, DAKLALLAH &**
**ASSOCIATES, PLLC**
Attorney for Plaintiff
6050 Greenfield Rd, Ste 201
Dearborn, MI 48126
(313) 551-3038
kd@hdalawgroup.com

---

## INDEX OF EXHIBITS FOR PLAINTIFF'S RESPONSE TO JUNE 11, 2021 ORDER TO SHOW CAUSE

| | |
|---|---|
| **EXHIBIT A** | Genesis Alternative Finance IV LLC |
| **EXHIBIT B** | Declaration of Robert W. Holmes |
| **EXHIBIT C** | Southeast Michigan Surgical Hospital, LLC |
| **EXHIBIT D** | JSCE Holdings, LLC |
| **EXHIBIT E** | IINN Holdings, Inc. |
| **EXHIBIT F** | Alliance Anesthesia, PLLC |
| **EXHIBIT G** | Michigan Surgical Hospital |
| **EXHIBIT H** | Jawad A. Shah, M.D., P.C. |

Respectfully submitted,

HAMMOUD, DAKHLALLAH
& ASSOCIATES, PLLC

By: */s/ Kassem M. Dakhlallah*
Kassem M. Dakhlallah (P70842)
Counsel for Plaintiffs
6050 Greenfield Rd., Ste., 201
Dearborn, MI 48126
(313) 551-3038
kd@hdalawgroup.com

Dated: June 17, 2021

## CERTIFICATE OF SERVICE

I certify that on June 17, 2021, I filed a copy of the foregoing with the Clerk of the Court using the electronic filing system which will send electronic notification of this filing to all parties.

*/s/ Mohamed A. Nehme*
Mohamed A. Nehme, Esq.,

2