# EXHIBIT D

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

# FILING ENDORSEMENT

This is to Certify that the ARTICLES OF ORGANIZATION (DOMESTIC L.L.C.)

for

JSCE HOLDINGS, LLC

ID NUMBER:   F0674E

received by facsimile transmission on November 30, 2016 is hereby endorsed.

Filed on December 1, 2016 by the Administrator.

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



Sent by Facsimile Transmission

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 1st day of December, 2016.

*Julia Dale*

Julia Dale, Director
Corporations, Securities & Commercial Licensing Bureau

CSCL/CD-700 (Rev. 08/15)

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
# CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU

Date Received:

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name: Atif Bawahab
Address: 4800 S. Saginaw St.
City: Flint
State: MI
ZIP Code: 48507

EFFECTIVE DATE:

Document will be returned to the name and address you enter above. If left blank, document will be returned to the registered office.

## ARTICLES OF ORGANIZATION
### For use by Domestic Limited Liability Companies
(Please read information and instructions on reverse side)

Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned executes the following Articles:

**ARTICLE I**

The name of the limited liability company is: JSCE Holdings, LLC

**ARTICLE II**

The purpose or purposes for which the limited liability company is formed is to engage in any activity within the purposes for which a limited liability company may be formed under the Limited Liability Company Act of Michigan.

**ARTICLE III**

The duration of the limited liability company if other than perpetual is: _____

**ARTICLE IV**

1. The name of the resident agent at the registered office is: Atif Bawahab

2. The street address of the location of the registered office is:

   4800 S. Saginaw St. (Street Address), Flint (City), Michigan 48507 (Zip Code)

3. The mailing address of the registered office if different than above:

   _____ (P.O. Box or Street Address), _____ (City), Michigan _____ (Zip Code)

**ARTICLE V** (Insert any desired additional provision authorized by the Act; attach additional pages if needed.)

Signed this 30th day of Novmeber, 2016

By _Ba. Tajuddin_ (Signature(s) of Organizer(s))

Baseer Tajuddin, attorney-in-fact of JSCE Holdings, LLC
(Type or Print Name(s) of Organizer(s))

11/30/2016  2:31PM (GMT-05:00)



Form Revision Date 07/2016

# ANNUAL STATEMENT

*(Required by Section 207, Act 23, Public Act of 1993)*

| Identification Number: | 802056846 |
|---|---|

| Annual Statement Filing Year: | 2019 |
|---|---|

1. Limited Liability Company Name:

   JSCE HOLDINGS, LLC

2. The street address of the limited liability company's registered office and name of the resident agent at that office:
   1. Resident Agent Name: ATIF BAWAHAB
   2. Street Address: 4800 S SAGINAW ST
      Apt/Suite/Other:
      City: FLINT
      State: MI                          Zip Code: 48507

3. Mailing address of the registered office:
   P.O. Box or Street Address:
   Apt/Suite/Other:
   City:
   State:                                Zip Code:

This annual statement must be signed by a member, manager, or an authorized agent.

Signed this 28th Day of January, 2019 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Jawad Shah | Member | |
| | | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

⃝ Decline    ⃝ Accept

Filed by Corporations Division Administrator   Filing Number: 201921456190   Date: 01/28/2019

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

# FILING ENDORSEMENT

**This is to Certify that the**  2019  ANNUAL STATEMENT

for

JSCE HOLDINGS, LLC

**ID Number:**   802056846

**received by electronic transmission on**   January 28, 2019  **, is hereby endorsed.**

**Filed on**   January 28, 2019  **, by the Administrator.**

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 28th day of January, 2019.*

Julia Dale, Director
*Corporations, Securities & Commercial Licensing Bureau*



Form Revision Date 07/2016

# ANNUAL STATEMENT

*(Required by Section 207, Act 23, Public Act of 1993)*

| | |
|---|---|
| Identification Number: | 802056846 |
| Annual Statement Filing Year: | 2021 |

**1. Limited Liability Company Name:**

JSCE HOLDINGS, LLC

**2. The street address of the limited liability company's registered office and name of the resident agent at that office:**

1. Resident Agent Name: ATIF BAWAHAB
2. Street Address: 4800 S SAGINAW ST
   Apt/Suite/Other:
   City: FLINT
   State: MI          Zip Code: 48507

**3. Mailing address of the registered office:**
P.O. Box or Street Address: 4800 S SAGINAW ST
Apt/Suite/Other:
City: FLINT
State: MI          Zip Code: 48507

This annual statement must be signed by a member, manager, or an authorized agent.

Signed this 12th Day of February, 2021 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| ATIF BAWAHAB | Authorized Agent | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

Decline     Accept

Filed by Corporations Division Administrator   Filing Number: 221371754970   Date: 02/12/2021

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

# FILING ENDORSEMENT

**This is to Certify that the** 2021 ANNUAL STATEMENT

for

JSCE HOLDINGS, LLC

**ID Number:** 802056846

**received by electronic transmission on** February 12, 2021 **, is hereby endorsed.**

**Filed on** February 12, 2021 **, by the Administrator.**

*The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 12th day of February, 2021.*

Linda Clegg, Director
*Corporations, Securities & Commercial Licensing Bureau*