UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GENESIS ALTERNATIVE FINANCE IV LLC,**

    Plaintiff,

v.

Case No: 21-11351
Hon: Sean F. Cox

**SOUTHEAST MICHIGAN SURGICAL HOSPITAL, LLC
D/B/A INSIGHT SURGICAL HOSPITAL,
ALLIANCE ANESTHESIA PLLC,
MICHIGAN SURGICAL HOSPITAL, AND
JAWAD A. SHAH, M.D., P.C.**

    Defendants.

---

KASSEM DAKHLALLAH (P70842)
**HAMMOUD, DAKHLALLAH &
ASSOCIATES, PLLC**
Attorney for Plaintiff
6050 Greenfield Rd, Ste 201
Dearborn, MI 48126
(313) 551-3038
kd@hdalawgroup.com

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE

NOW COMES Plaintiff, Genesis Alternative Finance IV LLC ("Genesis"), by and through its attorneys, HAMMOUD, DAKHLALLAH & ASSOCIATES, PLLC, and for its voluntary dismissal of this lawsuit, hereby states as follows:

On June 9, 2021, Plaintiff filed its Complaint in the above-captioned matter. No Defendant has filed an answer or any other responsive pleading. Plaintiff has not previously dismissed any federal or state-court action based on or including the same claims brought forth in this case.

1

Pursuant to Fed R. Civ. P. Rule 41(a)(1)(A)(i), Plaintiff hereby gives notice that it voluntarily dismisses all claims in the above-captioned action, without prejudice, and without costs.

Plaintiff respectfully requests this Honorable Court enter an Order dismissing the case, without prejudice, and without costs.

Respectfully submitted:

*/s/ Kassem M. Dakhlallah*
KASSEM DAKHLALLAH (P70842)
**HAMMOUD, DAKHLALLAH & ASSOCIATES, PLLC**
Attorney for Plaintiff
6050 Greenfield Rd, Ste 201
Dearborn, MI 48126
(313) 551-3038
kd@hdalawgroup.com

Date: July 1, 2021

**CERTIFICATE OF SERVICE**

I certify that on July 1, 2021, I filed a copy of the foregoing with the Clerk of the Court using the electronic filing system which will send electronic notification of this filing to all parties. I further mailed a copy of the foregoing to each defendant's last known address.

*/s/ Tarik Turfe*
Tarik Turfe,
Associate Attorney